UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE GALLO, *on behalf of M.G.*,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2017
```

15 Civ. 9302 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge Moses' December 23, 2016 report and recommendation, ECF No. 24, the Court reviewed the recommendation and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court therefore accepts and adopts the thorough and well-reasoned report, which recommends that the Commissioner of Social Security's motion to remand, ECF No. 19, be granted. Accordingly, this case is remanded to the Social Security Administration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk of Court is directed to terminate the motion at ECF No. 19 and close the case.

    SO ORDERED.

Dated: January 12, 2017
       New York, New York

                                       ANALISA TORRES
                                United States District Judge