```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE GALLO, *on behalf of M.G.*,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

15 Civ. 9302 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    On December 23, 2016, the Honorable Barbara C. Moses recommended that this social security appeal be remanded for a new hearing. ECF No. 24. Objections to her Report and Recommendation ("report" or "R & R") were due by January 6, 2017. *Id.* On January 12, having received no objection to the R & R and finding no clear error, this Court adopted the report. ECF No. 25.

    In a letter from Patrice Gallo, *pro se*, dated February 16, 2017, the Court learned that Plaintiff never received a copy of the R & R such that she could object to it. ECF No. 28. The Court accordingly stayed the remand to the Social Security Administration and extended the deadline for Ms. Gallo to object to the report to March 10, 2017. ECF No. 29.

    Having still received no objection to the report, the Court vacates the stay. Accordingly, the R & R is adopted in its entirety and the case is remanded to the Social Security Administration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    SO ORDERED.

Dated: March 31, 2017
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge

CC:    Plaintiff *Pro Se*
        *By Chambers*